IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hoffman, Miriam S | Case Number: 06 B 15556 |
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 11/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 25, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 256,446.65 | |
| Secured: | | 13,829.60 |
| Unsecured: | | 8,989.01 |
| Priority: | | 3,505.94 |
| Administrative: | | 32.20 |
| Trustee Fee: | | 1,597.27 |
| Other Funds: | | 228,492.63 |
| Totals: | 256,446.65 | 256,446.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 32.20 | 32.20 |
| 2. | Indymac Bank | Secured | 26,421.49 | 13,829.60 |
| 3. | Indymac Bank | Secured | 20,518.27 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 2,050.57 | 2,050.57 |
| 5. | Internal Revenue Service | Priority | 1,455.37 | 1,455.37 |
| 6. | Discover Financial Services | Unsecured | 8,897.61 | 8,897.61 |
| 7. | Internal Revenue Service | Unsecured | 91.40 | 91.40 |
| 8. | Chicago Health Outreach,Inc | Unsecured | | No Claim Filed |
| 9. | Gastroenterolgists | Unsecured | | No Claim Filed |
| 10. | Lake Anesthesia Assoc | Unsecured | | No Claim Filed |
| 11. | Allied Data Corp | Unsecured | | No Claim Filed |
| | | | $ 59,466.91 | $ 26,356.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 144.00 |
| 5.4% | 828.37 |
| 6.5% | 624.90 |
| | $ 1,597.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hoffman, Miriam S | Case Number:  06 B 15556 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/20/08 | Filed:  11/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

